United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Baldomero Peralta Garcia and Catherine Lizeth Peralta, as next friend, | § | |
| *Petitioner*, | § | |
| vs. | § | CIVIL ACTION NO. 4:26-cv-3840 |
| Warden Raymond Thompson, *et al.*, | § | |
| *Respondents*. | § | |

# ORDER

U.S. Immigration and Customs Enforcement ("ICE") officials detained Petitioner Baldomero Peralta Garcia (A#222-517-625) on January 9, 2026, and transferred him to the Joe Corley Detention Facility in Conroe, Texas. ECF No. 1 at 4. His daughter, Catherine Lizeth Peralta ("Ms. Peralta"), filed a habeas petition under 28 U.S.C. § 2241, purporting to act as Petitioner's next friend. ECF No. 1. The petition alleges that ICE unlawfully detained Petitioner and requests his immediate release. *Id.*

The Court previously entered a notice of deficiency and order requiring either Petitioner to file an amended petition under his own signature or Ms. Peralta to file a motion to proceed as next friend. ECF No. 7. The Court also ordered the Government to file an answer to the petition by May 27, 2026. ECF No. 8.

On May 13, 2026, Ms. Peralta filed a motion to prevent Petitioner from being transferred to a different detention facility while the Court adjudicates his habeas petition. ECF No. 3. Similarly, Ms. Peralta filed a motion to release Petitioner on recognizance or supervision while his habeas petition remains pending. ECF No. 4.

The Court is reviewing this case on an expedited basis, which is why the Court ordered the Government to file an answer by May 27, 2026. Once the Government files its answer and Petitioner files a reply, the Court will determine whether Petitioner should be released. In the meantime, the Government cannot transfer Petitioner without providing the Court with at least a 5-day notice, as required by the Court's previous order. ECF No. 8. Petitioner may file a motion to prevent his transfer if the Government files such a notice.

Accordingly, the Court **DENIES AS MOOT** Petitioner's motion to prevent Petitioner's transfer, without prejudice to refiling if the Government gives notice of its intent to transfer. ECF No. 3. The Court further **DENIES Without Prejudice** Petitioner's motion for release pending the adjudication of his habeas petition. ECF No. 4.

**IT IS SO ORDERED.**

Signed on May 13, 2026, at Houston, Texas.

Dena Palermo

**Dena Hanovice Palermo**
**United States Magistrate Judge**