United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BALDOMERO PERALTA GARCIA, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03840 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF DEFICIENCY AND ORDER

United States Immigration and Customs Enforcement ("ICE") officials detained Petitioner Baldomero Peralta Garcia ("Petitioner") on January 9, 2026, and transferred him to the Joe Corley Detention Center in Conroe, Texas. Doc. #1 at 4. His daughter, Catherine Lizeth Peralta ("Ms. Peralta"), filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition"), purporting to act as Petitioner's next friend. Doc. #1. The Petition alleges that ICE unlawfully detained Petitioner and requests his immediate release. *Id.*

United States Magistrate Judge Dena H. Palermo previously determined that the Petition does not sufficiently establish whether Ms. Peralta may proceed as Petitioner's next friend. Doc. #8. Accordingly, Judge Palermo sent Petitioner and Ms. Peralta a copy of her notice of deficient pleading and instructed Ms. Peralta to file a motion to proceed as next friend for Petitioner or, alternatively, for Petitioner to file an amended petition under his own signature within thirty days. *Id.* Judge Palermo's order expressly warned Petitioner that his case could be dismissed if he failed to comply as directed.

On June 8, 2026, Petitioner filed a declaration with the Court, explaining that Ms. Peralta is assisting him "solely for purposes of preserving and pursuing this habeas action" because he has "limited ability to communicate and prepare filings directly." Doc. #15. This declaration does not establish Ms. Peralta as Petitioner's next friend, nor does it constitute an amended petition brought under Petitioner's own signature. Accordingly, the Court **ORDERS** as follows:

1. If Ms. Peralta seeks to pursue this action on Petitioner's behalf, she must file a motion to proceed as next friend for Petitioner by August 7, 2026. The next-friend criteria is outlined in Judge Palermo's May 13, 2026 Order. Doc. #8.

2. Alternatively, Petitioner may prosecute this action on his own by filing an amended petition under his own signature by August 7, 2026. If Petitioner does not wish to pursue this action, he may dismiss it by filing a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a).

The Court further **ORDERS** the Clerk of Court to send both Petitioner Baldomero Peralta Garcia and Ms. Peralta a copy of this order at the following addresses:

**Baldomero Peralta Garcia**
A# 222-517-625
500 Hilbig Road
Conroe, TX 77301

**Catherine Lizeth Peralta**
709 Heritage Drive
Navasota, TX 77868

**Failure to comply fully as directed within the time allowed will result in the dismissal of this proceeding under Federal Rule of Civil Procedure 41(b) without further notice.**

It is so **ORDERED**.

JUL 23 2026
Date

The Honorable Alfred H. Bennett
United States District Judge